**EXHIBIT 2:** INFRINGEMENT #1

URL: https://www.nbc.com/late-night-with-seth-meyers/video/christine-baranski-on-glaring-down-elon-musk-and-the-last-season-of-the-good-fight/NBCE038597835

